| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Shields, Anne Y. | 2. Court or Organization<br><br>U.S. Court | 3. Date of Report<br><br>11/03/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full Time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>United States Federal Courthouse<br>100 Federal Plaza<br>Central Islip, NY 11722 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Secretary and Board Member (through 03/01/2015) | Brooklyn Defender Services |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2014-2015 | Law Offices of James P. Clark, PC - salary | $6,545.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2015 | CSC Holdings LLC - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 11/03/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   HSBC accounts | A | Interest | L | T | | | | | |
| 2. | | | | | | | | | |
| 3.   NY 529 #1 Conservative Option | A | Int./Div. | J | T | | | | | |
| 4.   NY 529 #2 Conservative Option | C | Int./Div. | J | T | Buy (add'l) | 01/14/15 | J | | |
| 5. | | | | | Sold (part) | 07/13/15 | J | B | |
| 6. | | | | | Sold (part) | 11/18/15 | J | B | |
| 7.   Fidelity IRA (Holdings below at 8-20): | E | Int./Div. | N | T | | | | | |
| 8.   Fidelity IRA Cash Reserve | | | | | | | | | |
| 9.   Fidelity Asset Manager 50% FASMX | | | | | | | | | |
| 10.   Fidelity Contrafund FCNTX | | | | | | | | | |
| 11.   Fidelity IRA Magellan Fund | | | | | | | | | |
| 12.   Fidelity IRA Puritan Fund | | | | | | | | | |
| 13.   Fidelity IRA Growth & Income Fund | | | | | | | | | |
| 14.   Fidelity IRA Blue Chip Growth Fund | | | | | | | | | |
| 15.   Fidelity IRA Select Energy Fund | | | | | | | | | |
| 16.   AMC Networks Inc AMCX | | | | | | | | | |
| 17.   Cablevision Sys Corp NY Group CVC | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Lockheed Martin Corm LMT | | | | | | | | | |
| 19. MSG Network Inc CL A MSGN | | | | | Buy | 08/01/15 | J | | |
| 20. Madison Square Garden Co New CL A MSG | | | | | | | | | |
| 21. AXA Brokerage Acct #1 (below at 22-32): | | | | | | | | | |
| 22. AXA Brokerage Acct #1 Optimum Small Mid Cap Fund "OISGX" | A | Int./Div. | J | T | | | | | |
| 23. AXA Brokerage Acct #1 Optimum Small Mid Cap Growth Fund "OISGX" | A | Int./Div. | J | T | Sold (part) | 11/13/15 | J | A | |
| 24. AXA Brokerage Acct #1 Optimum Fixed Income Fund "OIFIX" | B | Int./Div. | K | T | | | | | |
| 25. AXA Brokerage Acct #1 Optimum INTL Fund "OIIEX" | A | Int./Div. | J | T | Buy (add'l) | 11/13/15 | J | | |
| 26. AXA Brokerage Acct #1 Optimum Small Cap Growth "OISVX" (X) | A | Int./Div. | J | T | | | | | |
| 27. AXA Brokerage Acct #1 Optimum Small Cap Value "OISVX" (X) | A | Int./Div. | J | T | Sold (part) | 11/13/15 | J | A | |
| 28. AXA Brokerage Acct #1 Optimum Large Cap Value Fund "OILVX" | A | Int./Div. | K | T | Sold (part) | 11/13/15 | | A | |
| 29. "OILVX" | | | | | Sold (part) | 01/09/15 | J | A | |
| 30. AXA Brokerage Acct #1 Optimum Large Cap Growth Fund "OILGX" | A | Int./Div. | K | T | Buy (add'l) | 12/11/15 | J | | |
| 31. "OILGX" | | | | | Sold (part) | 11/13/15 | J | A | |
| 32. AXA Brokerage Acct #1 Cash Account | A | Interest | J | T | Buy | 11/16/15 | J | | |
| 33. AXA IRA Acct (below at 34-41): | A | Int./Div. | M | T | | | | | |
| 34. AXA IRA Acct OIFX Fund | | | | | Buy (add'l) | 12/11/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AXA IRA Act OIIEX Fund | | | | | Buy (add'l) | 11/13/15 | J | | |
| 36. AXA IRA Acct OISVX Fund | | | | | Sold (part) | 11/13/15 | J | A | |
| 37. AXA IRA Acct OISGX Fund | | | | | Buy (add'l) | 12/11/15 | J | | |
| 38. AXA IRA Acct OILVX Fund | | | | | Sold (part) | 11/13/15 | J | A | |
| 39. AXA IRA Acct OILGX Fund | | | | | Buy (add'l) | 12/11/15 | J | | |
| 40. AXA IRA Acct Money Market Fund | | | | | Buy (add'l) | 11/16/15 | J | | |
| 41. AXA IRA Acct Money Market Fund | | | | | Buy (add'l) | 01/13/15 | J | | |
| 42. | | | | | | | | | |
| 43. Vanguard IRA (below at 44-45): | B | Int./Div. | K | T | | | | | |
| 44. Vanguard IRA Balanced Index Fund | | | | | | | | | |
| 45. Vanguard IRA STAR Fund | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. Employer 401(k) (below at 48-58): | | | | | | | | | |
| 48. Employer 401K Vanguard MD CP Idx IS PL Fund | B | Int./Div. | L | T | Sold (part) | 06/16/15 | J | A | |
| 49. | | | | | Sold (part) | 10/13/15 | J | A | |
| 50. Employer 401K Vanguard Inst Index Plus Fund | C | Int./Div. | M | T | Buy | 06/16/15 | J | | |
| 51. | | | | | Sold (part) | 10/13/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Employer 401K Fftw Income Plus Fund | A | Int./Div. | J | T | | | | | |
| 53. | Employer 401K Sptn Intl Index FAI Fund | C | Int./Div. | M | T | Sold (part) | 06/16/15 | J | A | |
| 54. | | | | | | Sold (part) | 10/13/15 | J | A | |
| 55. | Employer 401K Wells Fargo Stable Value E Fund | | None | J | T | Buy (add'l) | 06/16/15 | J | | |
| 56. | | | | | | Sold (part) | 10/13/15 | J | B | |
| 57. | Employer 401K LS Core PL FXINC | A | Int./Div. | K | T | Buy | 10/13/15 | J | | |
| 58. | Cablevision Cash Balance Pension Plan - see Part VIII | B | Interest | M | T | | | | | |
| 59. | | | | | | | | | | |
| 60. | Trust Holdings (below at 61-251). | E | Int./Div. | O | T | | | | | |
| 61. | Fidelity Trend | | | | | | | | | |
| 62. | Computershare 8th Jubilee Fix 10 Y | | | | | | | | | |
| 63. | Westwood Large Cap Value | | | | | | | | | |
| 64. | Trust Brokerage Acct #1 (below at 65-70) - see Part VIII: | | | | | | | | | |
| 65. | Bank of America account | | | | | | | | | |
| 66. | NY State Municipal Bond Ser E OID Dec11 03.750% Dec15 2031 | | | | | | | | | |
| 67. | NYC Municipal WFA WTR-SS RV Second AA NPFG Oct07 04.750% Jun15 2033 | | | | | | | | | |
| 68. | NY State Municipal Bond Ser A OID Mar13 03.500% Mar01 2043 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Stock Exxon Mobil Corp XOM | | | | | | | | | |
| 70. Stock Oracle Corp. ORCL | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. Trust Brokerage Acct #2 (below at 73-183) - see Part VIII: | | | | | | | | | |
| 73. BIF NY Municipal Money (X) | | | | | | | | | |
| 74. Activision Blizzard Inc. | | | | | Buy | 10/20/15 | J | | |
| 75. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 76. Aetna Inc. New | | | | | | | | | |
| 77. Alphabet Inc Cl C | | | | | | | | | |
| 78. Alphabet Inc Cl A | | | | | | | | | |
| 79. Altria Group Inc. | | | | | Buy | 07/07/15 | J | | |
| 80. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 81. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 82. | | | | | Buy (add'l) | 09/09/15 | J | | |
| 83. Amgen Inc Com PV | | | | | | | | | |
| 84. AMDOCS Limited | | | | | | | | | |
| 85. American International Group Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Apple Inc. | | | | | Buy (add'l) | 09/09/15 | J | | |
| 87. ASTRAZENECA PLC SPND ADR (Y) | | | | | Sold (part) | 08/05/15 | J | A | |
| 88. | | | | | Sold (part) | 11/18/15 | J | A | |
| 89. | | | | | Sold | 11/19/15 | J | A | |
| 90. Berkshire Hathaway Inc. | | | | | | | | | |
| 91. BP PLC | | | | | | | | | |
| 92. Brocade Communications | | | | | | | | | |
| 93. Carnival Corp Paired Shs | | | | | Buy (add'l) | 02/27/15 | J | | |
| 94. | | | | | Buy (add'l) | 03/02/15 | J | | |
| 95. | | | | | Buy (add'l) | 04/08/15 | J | | |
| 96. CIGNA Corp | | | | | Buy (add'l) | 04/09/15 | J | | |
| 97. | | | | | Buy (add'l) | 04/10/15 | J | | |
| 98. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 99. CISCO Systems Inc | | | | | Buy (add'l) | 07/09/15 | J | | |
| 100. CITIGROUP | | | | | | | | | |
| 101. COGNIZANT TECH SOLUTIONS | | | | | Buy (add'l) | 04/08/15 | J | | |
| 102. | | | | | Buy (add'l) | 04/09/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 04/10/15 | J | | |
| 104. | | | | | Buy (add'l) | 06/10/15 | J | | |
| 105. COMCAST CORP NEW | | | | | Sold | 11/23/15 | J | B | |
| 106. CVS HEALTH CORP | | | | | Sold | 07/14/15 | J | B | |
| 107. DELTA AIRLINES INC (X, Y) | | | | | Sold (part) | 01/21/15 | J | A | |
| 108. | | | | | Sold | 01/22/15 | J | A | |
| 109. DISCOVER FINL SVCS (Y) | | | | | Sold (part) | 10/23/15 | J | A | |
| 110. | | | | | Sold | 10/26/15 | J | A | |
| 111. DISNEY WALT CO (Y) | | | | | Sold (part) | 08/12/15 | J | A | |
| 112. | | | | | Sold | 09/14/15 | J | B | |
| 113. DOW CHEMICAL CO | | | | | | | | | |
| 114. EMC CORPORATION MASS (Y) | | | | | Sold (part) | 08/10/15 | J | A | |
| 115. | | | | | Sold | 08/11/15 | J | A | |
| 116. EXXON MOBIL CORP | | | | | | | | | |
| 117. FACEBOOK INC. | | | | | | | | | |
| 118. FEDEX CORP DELAWARE COM | | | | | Buy (add'l) | 04/27/15 | J | | |
| 119. | | | | | Buy (add'l) | 07/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. HALLIBURTON COMPANY (X,Y) | | | | | Sold | 04/08/15 | J | A | |
| 121. GILEAD SCIENCES INC | | | | | Buy | 11/18/15 | J | | |
| 122. GOLDMAN SACHS GROUP INC. | | | | | | | | | |
| 123. GOOGLE INC CL A (Y) | | | | | | | | | |
| 124. GOOGLE INC. SHS CL C (Y) | | | | | | | | | |
| 125. HESS CORP (Y) | | | | | Sold (part) | 06/15/15 | J | A | |
| 126. | | | | | Sold | 06/15/15 | J | A | |
| 127. HEWLETT PACKARD (X,Y) | | | | | Sold | 04/08/15 | J | A | |
| 128. HOME DEPOT INC | | | | | | | | | |
| 129. HUMANA INC | | | | | Buy (add'l) | 09/09/15 | J | | |
| 130. INTEL CORP | | | | | | | | | |
| 131. JOHNSON AND JOHNSON (X, Y) | | | | | Sold | 04/08/15 | J | A | |
| 132. JPMORGAN CHASE & CO | | | | | | | | | |
| 133. LABORATORY CP AMER HLDGS | | | | | | | | | |
| 134. LAS VEGAS SANDS CORP (Y) | | | | | Sold | 06/10/15 | J | A | |
| 135. LEAR CORP (X) | | | | | | | | | |
| 136. LENNAR CORP | | | | | Buy (add'l) | 09/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 09/23/15 | J | | |
| 138. LOWE'S COMPANIES INC | | | | | | | | | |
| 139. MARATHON PETROLEUM CORP (Y) | | | | | Sold (part) | 08/05/15 | J | B | |
| 140. | | | | | Sold (part) | 08/06/15 | J | A | |
| 141. | | | | | Sold (part) | 09/09/15 | J | A | |
| 142. | | | | | Sold | 09/10/15 | J | B | |
| 143. MASTERCARD INC | | | | | Sold (part) | 09/09/15 | J | A | |
| 144. MCKESSON CORPORATION | | | | | | | | | |
| 145. MERCK AND CO INC SHS (X, Y) | | | | | Sold (part) | 04/08/15 | J | A | |
| 146. | | | | | Sold | 04/09/15 | J | A | |
| 147. MICRON TECHNOLOGY INC (Y) | | | | | Sold (part) | 06/10/15 | J | A | |
| 148. | | | | | Sold | 07/09/15 | J | A | |
| 149. MICROSOFT CORP | | | | | Buy (add'l) | 01/15/15 | J | | |
| 150. MOLSON COOR BREW CO CL B | | | | | | | | | |
| 151. NORFOLK SOUTHERN CORP (X) | | | | | Sold | 04/08/15 | J | A | |
| 152. OMNICOM GROUP | | | | | Buy | 11/18/15 | J | | |
| 153. | | | | | Buy (add'l) | 11/19/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  ORACLE CORP | | | | | Buy (add'l) | 06/10/15 | J | | |
| 155. | | | | | Sold (part) | 11/16/15 | J | A | |
| 156.  PARKER HANNIFIN CORP | | | | | | | | | |
| 157.  PFIZER INC | | | | | Buy (add'l) | 09/09/15 | J | | |
| 158.  PPG INDUSTRIES INC SHS (Y) | | | | | Sold (part) | 08/05/15 | J | A | |
| 159. | | | | | Sold | 09/22/15 | J | B | |
| 160.  PUB SVC ENTERPRISE GRP | | | | | | | | | |
| 161.  QUALCOMM INC (Y) | | | | | Sold (part) | 04/08/15 | J | A | |
| 162. | | | | | Sold | 09/09/15 | J | A | |
| 163.  RAYTHEON CO DELAWARE NEW | | | | | Buy | 06/10/15 | J | | |
| 164. | | | | | Buy (add'l) | 06/11/15 | J | | |
| 165. | | | | | Buy (add'l) | 06/12/15 | J | | |
| 166.  ROSS STORES INC | | | | | | | | | |
| 167.  SCHLUMBERGER LTD | | | | | Buy (add'l) | 09/09/15 | J | | |
| 168.  SOUTHWEST AIRLNS CO | | | | | Buy (add'l) | 09/09/15 | J | | |
| 169.  SUNCOR ENERGY INC | | | | | | | | | |
| 170.  SUNTRUST BKS INC | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Shields, Anne Y. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  TEVA PHARMACTCL INDS ADR | | | | | | | | | |
| 172.  TRAVELERS COS INC | | | | | | | | | |
| 173.  TYCO INTL PLC SHS (X,Y) | | | | | Sold (part) | 04/27/15 | J | A | |
| 174. | | | | | Sold | 04/27/15 | J | A | |
| 175.  UNION PACIFIC CORP (Y) | | | | | Sold | 06/10/15 | J | A | |
| 176.  UNITEDHEALTH GROUP INC | | | | | | | | | |
| 177.  UNIVERSAL HEALTH SVCS | | | | | | | | | |
| 178.  US BANCORP (NEW) | | | | | | | | | |
| 179.  VALERO ENERGY CORP NEW | | | | | Buy (add'l) | 09/09/15 | J | | |
| 180.  WAL-MART STORES INC (Y) | | | | | Buy | 04/08/15 | J | | |
| 181. | | | | | Sold | 07/07/15 | J | A | |
| 182.  WSTN DIGITAL CORP DEL (Y) | | | | | | | | | |
| 183.  3M COMPANY | | | | | | | | | |
| 184. | | | | | | | | | |
| 185.  Trust Brokerage Acct #3 (below at 186-251) - see Part VIII: | | | | | | | | | |
| 186.  Bank of America, N.A. (X) | | | | | | | | | |
| 187.  Abbott Labs | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Abbvie Inc Shs | | | | | | | | | |
| 189. Altria Group Inc. | | | | | | | | | |
| 190. Analog Devices Inc | | | | | | | | | |
| 191. Automatic Data Proc | | | | | | | | | |
| 192. Baxter Interntl Inc (X,Y) | | | | | Sold (part) | 02/24/15 | J | A | |
| 193. | | | | | Sold | 02/25/15 | J | A | |
| 194. BB&T Corporation | | | | | Buy | 07/23/15 | J | | |
| 195. | | | | | Buy (add'l) | 10/02/15 | J | | |
| 196. BCE Inc | | | | | | | | | |
| 197. Blackrock Inc | | | | | | | | | |
| 198. Chevron Corp (Y) | | | | | Sold | 08/25/15 | J | A | |
| 199. CISCO Systems INc | | | | | | | | | |
| 200. Coca Cola Com | | | | | | | | | |
| 201. Crown Castle REIT Inc (X) | | | | | | | | | |
| 202. Emerson Elec Co | | | | | | | | | |
| 203. Fastenal Company | | | | | Buy | 04/29/15 | J | | |
| 204. | | | | | Buy (add'l) | 04/30/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Shields, Anne Y. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Gallagher Arthur J & Co | | | | | | | | | |
| 206. General Electric | | | | | Sold (part) | 08/03/15 | J | A | |
| 207. Genuine Parts Co | | | | | | | | | |
| 208. Hasbro Inc | | | | | | | | | |
| 209. Healthcare REIT Inc | | | | | | | | | |
| 210. Hershey Company (X) | | | | | | | | | |
| 211. Home Depot Inc | | | | | Buy (add'l) | 02/26/15 | J | | |
| 212. | | | | | Buy (add'l) | 04/14/15 | J | | |
| 213. JM Smucker Co | | | | | | | | | |
| 214. Johnson & Johnson Com | | | | | Buy (add'l) | 08/25/15 | J | | |
| 215. JPMorgan Chase & Co. | | | | | Buy (add'l) | 02/24/15 | J | | |
| 216. Kimberly Cark | | | | | | | | | |
| 217. Kinder Morgan Inc. Del | | | | | | | | | |
| 218. Kraft Foods Group Inc (X,Y) | | | | | Sold (part) | 04/14/15 | J | A | |
| 219. | | | | | Sold | 04/15/15 | J | A | |
| 220. Lockheed Martin Corp | | | | | | | | | |
| 221. Lyondellbasell Industrie | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Marsh & Mclennan Cos Inc | | | | | Sold | 12/08/15 | J | A | |
| 223. Maxim Intergrated Prods | | | | | | | | | |
| 224. McDonalds Corp (Y) | | | | | Sold (part) | 01/27/15 | J | A | |
| 225. | | | | | Sold | 06/25/15 | | A | |
| 226. Merck and Co Inc Shs | | | | | | | | | |
| 227. Microsoft Corp | | | | | | | | | |
| 228. Nextera Energy Inc Shs | | | | | | | | | |
| 229. Novartis ADR (Y) | | | | | Sold | 07/22/15 | J | A | |
| 230. Occidental Pete Corp Cal | | | | | Buy | 08/25/15 | J | | |
| 231. | | | | | Buy (add'l) | 11/11/15 | J | | |
| 232. Paychex Inc | | | | | | | | | |
| 233. Pepsico Inc | | | | | | | | | |
| 234. Pfizer Inc (Y) | | | | | Buy (add'l) | 01/14/15 | J | | |
| 235. | | | | | Buy (add'l) | 01/27/15 | J | | |
| 236. Philip Morris Intl Inc. | | | | | | | | | |
| 237. PNC Fincl Services Group | | | | | Buy (add'l) | 01/20/15 | J | | |
| 238. Price T Rowe Group Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Procter & Gamble Co (X,Y) | | | | | Sold | 04/29/15 | J | A | |
| 240. Public Storage REIT (X) | | | | | | | | | |
| 241. Qualcomm Inc | | | | | | | | | |
| 242. Spectra Energy Corp | | | | | | | | | |
| 243. Target Corp | | | | | Buy (add'l) | 06/25/15 | J | | |
| 244. US Bancorp (New) (Y) | | | | | Sold (part) | 01/20/15 | J | A | |
| 245. | | | | | Sold | 10/02/15 | J | A | |
| 246. Ventas Inc | | | | | | | | | |
| 247. Wec Energy Group Inc (X) | | | | | | | | | |
| 248. Welltower Inc (X) | | | | | | | | | |
| 249. Williams Companies Del | | | | | Sold | 12/08/15 | J | A | |
| 250. Wisconsin Energy Corp | | | | | | | | | |
| 251. 3M Company | | | | | | | | | |
| 252. | | | | | | | | | |
| 253. | | | | | | | | | |
| 254. | | | | | | | | | |
| 255. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 11/03/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 58: the Cablevision Cash Balance Pension Plan does not hold any investments other than cash.

Part VII, lines 65-70, 73-183, and 186-251: please note that all the trust holdings listed in this report relate to 1 trust. The trust has various brokerage accounts and investments. Within the trust, three brokerage accounts are listed separately for internal record-keeping purposes:
- Trust Brokerage Acct #1 (line 64)
- Trust Brokerage Acct #2 (line 72)
- Trust Brokerage Acct #3 (line 185)

All three accounts are held by the trust listed on line 60. Therefore, the brokerage accounts' income and value are included in Columns B and C of line 60 on an aggregate basis.

Please note that this presentation follows the initial amended report, with income and value being reported on an aggregate basis on line 47 for Trust Holdings. The 3 brokerage accounts were listed separately but their income and value were reflected in line 47:
- Trust Brokerage Acct #1 (line 51)
- Trust Brokerage Acct #2 (line 58)
- Trust Brokerage Acct #3 (line 120)

It is fully understood that aggregate reporting will not be accepted for the 2016 filing - we will report the income and value for each asset individually.

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 11/03/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Anne Y. Shields**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544